IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NORMAN SEMPIREK,**

      **Plaintiff,**

  v.                                                   Civil Action 2:21-cv-1161
                                                       Judge James L. Graham
                                                       Magistrate Judge Jolson

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,**

      **Defendant.**

## ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Deadlines (Doc. 35), which was subsequently amended (Doc. 36). For good cause shown, the Amended Motion (Doc. 36) is **GRANTED**. Accordingly, deadlines are adopted as follows: Reponses to Motions for Summary Judgment shall be filed on or before **June 6, 2022**; Replies to Motions for Summary Judgment shall be filed on or before **June 22, 2022**. Additionally, the prior Motion (Doc. 35) is **DENIED as moot**.

IT IS SO ORDERED.

Date: May 27, 2022                                               /s/ Kimberly A. Jolson
                                                                  KIMBERLY A. JOLSON
                                                                  UNITED STATES MAGISTRATE JUDGE